IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| PITT EXCAVATING LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:13-cv-00909 Chief Judge Haynes |
| MARY LOU PITT, | ) ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion to alter or amend (Docket Entry No. 70) is **GRANTED** in part to set aside any award of attorney fees under 28 U. S. C. § 1927, but is otherwise **DENIED**. Under the Court's inherent authority, Defendant is **AWARDED** attorney fees and costs as follows: Jones, Hawkins and Farmer, twenty thousand six hundred fifty seven dollars and seventy two cents ($20,657.72) and John Phillips one thousand seven hundred eighteen dollars and seventy cents ($1,718.70).

It is so **ORDERED**.

**Entered** this the 30th day of April, 2014.

William J. Haynes, Jr.
Chief United States District Judge